**E-FILED on** 4/8/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DORA MACHA BONIFACIO,<br><br>            Plaintiff,<br><br>    v.<br><br>FATIMA/ZAHRA INC. DBA LAKE ALAHAMBRA CENTER, ABOLFAZL-SARKESHIK M.D., and DOES 1-10,<br><br>            Defendants. | No. C-07-01687 RMW<br><br>ORDER TENTATIVELY DENYING MOTION TO WITHDRAW<br><br>**[Re Docket No. 17]** |

At the hearing on April 4, 2008 on Adam Wang's motion to withdraw as counsel for plaintiff Dora Macha Bonifacio, the court indicated that it would grant counsel's motion, subject to counsel's filing of a proof of service of the motion to withdraw on Ms. Bonifacio. In support of his motion, counsel's declaration stated that he sent the motion to her. It does not say when he sent it, to what address, or exactly what was sent. Counsel must file a more complete proof of service before the court can grant counsel's motion to withdraw. Counsel's other proofs of service (docket nos. 19 and 22) indicate that counsel served various notices continuing the hearing date on his client; they do not suffice to show that he served her with his motion to withdraw.

DATED: 4/8/2008

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Adam Wang               waqw@sbcglobal.net

**Counsel for Defendants:**

Jai M. Gohel            jaigohel@rocketmail.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   4/8/2008                                TSF
                                         **Chambers of Judge Whyte**