**E-FILED on** 5/1/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DORA MACHA BONIFACIO,<br><br>    Plaintiff,<br><br>    v.<br><br>FATIMA/ZAHRA INC. DBA LAKE ALAHAMBRA CENTER, ABOLFAZL-SARKESHIK M.D., and DOES 1-10,<br><br>    Defendants. | No. C-07-01687 RMW<br><br>ORDER GRANTING MOTION TO WITHDRAW<br><br>**[Re Docket No. 17]** |

At the hearing on April 4, 2008 on Adam Wang's motion to withdraw as counsel for plaintiff Dora Macha Bonifacio, the court indicated that it would grant counsel's motion, subject to counsel's filing of a proof of service of the motion to withdraw on Ms. Bonifacio. In support of his motion, counsel's declaration stated that he sent the motion to her, which the court rejected as insufficient. Counsel then filed a more complete proof of service. *See* Docket No. 25. This further showing convinces the court that counsel properly served his client with his motion to withdraw. Accordingly, the motion to withdraw is granted.

DATED:   4/30/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW
No. C-07-01687 RMW
TSF

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Adam Wang                waqw@sbcglobal.net

4  **Counsel for Defendants:**

5  Jai M. Gohel             jaigohel@rocketmail.com

6
7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8

9  **Dated:**   5/1/2008                          TSF
                                        **Chambers of Judge Whyte**

ORDER GRANTING MOTION TO WITHDRAW
No. C-07-01687 RMW
TSF                              2