1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

7
8
9
10
11
12

DORA MACHA BONIFACIO,

Plaintiff,

v.

FATIMA/ZAHRA, INC., et al.,

Defendant.

*E-FILED - 7/17/08*

CASE NO.: C-07-01687-RMW

ORDER TO SHOW CAUSE RE DISMISSAL

13   This matter came on regularly for a Pretrial Conference on July 17, 2008.  Defendant

14   appeared through its counsel, Jai Gohel.  Plaintiff failed to appear.  It also appears that plaintiff has

15   failed to cooperate in the diligent prosecution of this action.  Therefore,

16   IT IS HEREBY ORDERED that plaintiff appear on **August 22, 2008 at 9:00 a.m.** in

17   courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for

18   failure to appear at the Pretrial Conference and for failure to diligently prosecute the case.

19   In addition to appearing on August 22, 2008, plaintiff must file and serve on defendant's

20   counsel by August 15, 2008 a declaration or affidavit under oath explaining your failure to appear at

21   the Pretrial Conference.

22   IF PLAINTIFF FAILS TO COMPLY WITH THIS ORDER OR FAILS TO SHOW GOOD

23   REASON FOR FAILING  TO APPEAR OR DILIGENTLY PROSECUTE, THE CASE WILL BE

24   DISMISSED.

25

26   DATED: 7/17/08

27

28

_Ronald M Whyte_
_____
RONALD M. WHYTE
United States District Judge

1

2   Copy of Order mailed on **7/17/08**  to:

3   Dora Macha Bonifacio
    1307 Columbia Street
4   Pittsburg, CA 95565

5   Dora Macha Bonifacio
    12836 Littleton Street
6   Silverspring, Maryland 20906

7           *Pro Se Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE
NO. C07-016877 RMW