**E-FILED on** 9/11/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DORA MACHA BONIFACIO,<br><br>    Plaintiff,<br><br>    v.<br><br>FATIMA/ZAHRA INC. DBA LAKE ALAHAMBRA CENTER, ABOLFAZL-SARKESHIK M.D., and DOES 1-10,<br><br>    Defendants. | No. C-07-01687 RMW<br><br>ORDER DISMISSING CASE<br><br>**[Re Docket No. 32]** |

On July 16, 2008 this court issued an order to show cause why plaintiff's case should not be dismissed for failure to diligently prosecute. Plaintiff failed to file a response or appear at a hearing on the matter on September 5, 2008. Therefore,

IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to diligently prosecute.

DATED: 9/8/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE
No. C-07-01687 RMW
TSF

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Defendants:**

3  Jai M. Gohel             jaigohel@rocketmail.com

4  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

5  **Notice of this document has been mailed to:**

6  **Plaintiff:**

7

8  Dora Macha Bonifacio
   1307 Columbia Street
   Pittsburg, CA 95565

9

10 Dora Macha Bonifacio
   12836 Littleton Street
   Silverspring, Maryland 20906

11

12 **Dated:**   9/11/2008                              TSF
                                                **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER DISMISSING CASE
No. C-07-01687 RMW
TSF                                    2