**E-FILED on** 9/11/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DORA MACHA BONIFACIO,<br><br>    Plaintiff,<br><br>    v.<br><br>FATIMA/ZAHRA INC. DBA LAKE ALAHAMBRA CENTER, ABOLFAZL-SARKESHIK M.D., and DOES 1-10,<br><br>    Defendants. | No. C-07-01687 RMW<br><br>JUDGMENT<br><br>**[Re Docket No. 32]** |

On September 8, 2008 the court entered its order dismissing this case without prejudice for failure to diligently prosecute. Therefore,

Judgment is hereby entered in favor of defendants, and plaintiff is not entitled to any relief by way of her complaint.

DATED:  9/8/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-07-01687 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

Jai M. Gohel			jaigohel@rocketmail.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Notice of this document has been mailed to:**

**Plaintiff:**

Dora Macha Bonifacio
1307 Columbia Street
Pittsburg, CA 95565

Dora Macha Bonifacio
12836 Littleton Street
Silverspring, Maryland 20906

**Dated:**   9/11/2008				TSF
						**Chambers of Judge Whyte**

JUDGMENT
No. C-07-01687 RMW
TSF					2